IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-118-BO

| | |
|---|---|
| WILLIAM E. JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER, ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on defendant's Motion for Remand to the Commissioner for an Award for Benefits for a fully favorable decision based on plaintiff's alleged onset date of December 26, 2008. Plaintiff's counsel indicated that she does not oppose the defendant's Motion for Remand for an Award for Benefits.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3) and remands the case to the Commissioner for an award and calculation of benefits.

SO ORDERED this 20 day of December, 2014.

TERRENCE W. BOYLE
United States District Judge