IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:14-cv-118-BO

| WILLIAM JENKINS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CAROLYN COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $7,387.50 for attorney fees, representing 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fees totaling $5,503.58 by Plaintiff's counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $7,387.50 from Plaintiff's back benefits and Plaintiff's counsel pay to Plaintiff $5,503.58 and upon the payment of such sums this case is dismissed with prejudice.

This 13 day of April, 2015.

Terrence Boyle
United States District Judge